UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11164

GUEST-TEK INTERACTIVE ENTERTAINMENT INC., and GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,

Plaintiff,

v.

THOMAS PULLEN and PUREHD INC.,

Defendants.

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT AND ADD DEFENDANTS SOLUTIONINC. LTD. AND GLEN LAVIGNE

Plaintiffs, Guest-Tek Interactive Entertainment, Inc. and Guest-Tek Interactive Entertainment LTD ("Guest-Tek"), by and through their counsel, pursuant to Rules 20(a) and 15 of the Federal Rules of Civil Procedure move the Court for leave to amend to add SolutionInc. Ltd. ("SolutionInc") and Glen Lavigne ("Lavigne") as defendants in this case.

In support of this Motion, Guest-Tek states that it has recently learned during the course of discovery that SolutionInc and Lavigne are liable for aiding and abetting defendant Thomas Pullen's breach of fiduciary duty, conspiring with defendant Thomas Pullen, misappropriating Guest-Tek's trade secrets and confidential and proprietary information, and violations of G.L. c. 93A. In further support of this motion, Guest-Tek states that leave to amend should be freely granted and that the amendment is not futile, is filed promptly, and would not cause prejudice.

The grounds for Guest-Tek's motion are more fully set forth in the accompanying papers which consist of Plaintiffs' Memorandum In Support Of Motion For Leave To Amend To Add Defendants SolutionInc. Ltd. And Glen Lavigne.

For the foregoing reasons, Guest-Tek seeks leave to amend to file the Amended Complaint attached as Exhibit A.

## REQUEST FOR HEARING

Guest-Tek requests a hearing on this Motion.

## L.R. 15.1 CERTIFICATE

Pursuant to L.R. 15.1, I certify that copies of the Motion to Amend, the Memorandum of Law in Support of the Motion to Amend, and the Amended Complaint, were served on the proposed additional defendants SolutionInc. Ltd. and Glenn Lavigne on March 5, 2010, pursuant to Fed. R. Civ. P. 5(b).

## L.R. 7.1 CERTIFICATE

Pursuant to L.R. 7.1., I certify that counsel meet and conferred with counsel for Defendants, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116, and that the parties have attempted in good faith to resolve or narrow the issue.

        GUEST-TEK INTERACTIVE ENTERTAINMENT LTD. and GUEST-TEK INTERACTIVE ENTERTAINMENT INC.,

By their attorneys,

/s/ David Cogliano
Gary M. Feldman, BBO #162070
David M. Cogliano, BBO #630185
Christopher J. Marino, BBO #655007
**DAVIS, MALM & D'AGOSTINE, P.C.**
One Boston Place
Boston, MA 02108
(617) 367-2500

Dated: March 19, 2010

## CERTIFICATE OF SERVICE

I hereby that certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 19, 2010 by first class mail.

.
                                            /s/ David Cogliano
                                            David Cogliano, BBO No. 630185

534654v.1