UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11164

GUEST-TEK INTERACTIVE ENTERTAINMENT INC., and GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,

   Plaintiff,

v.

THOMAS PULLEN and PUREHD LTD.,

   Defendants.

**PLAINTIFFS' MOTION TO COMPEL**

  Plaintiffs, Guest-Tek Interactive Entertainment, Inc. and Guest-Tek Interactive Entertainment LTD, ("Guest-Tek") by and through their counsel, pursuant to Rule 37 of the Federal Rules of Civil Procedure, moves the Court to compel Defendants Thomas Pullen and PureHD Ltd. to produce *all* documents in their possession, custody or control which are responsive to Guest-Tek's request for documents, not just those documents dated before October 14, 2009.

  In support of this Motion, Guest-Tek states that Defendants have refused to produce any documents after an artificial discovery cut-off date of October 14, 2009. Regardless of the type of information sought, Defendants refuse to produce documents after October 14, 2009. Since documents after this date are reasonably calculated to the discovery of admissible evidence, Guest-Tek requests that the Court compel Defendants to produce *all* responsive documents, regardless of the date of the document.

The grounds for Guest-Tek's motion are more fully set forth in the Plaintiffs Memorandum In Support Of Motion to Compel.

For the foregoing reasons, Guest-Tek requests that the Court compel Defendants Thomas Pullen and PureHD Ltd. to produce *all* documents in their possession, custody or control which are responsive to any of Guest-Tek's request for documents, not just those documents dated before October 14, 2009.

### L.R. 7.1 CERTIFICATE

Pursuant to L.R. 7.1., I certify that counsel met and conferred with counsel for Defendants, Jackson Lewis LLP, 75 Park Plaza, Boston, MA  02116, and that the parties have attempted in good faith to resolve or narrow the issue.

### REQUEST FOR HEARING

Guest-Tek requests a hearing on this Motion.

> GUEST-TEK INTERACTIVE ENTERTAINMENT INC. and GUEST-TEK INTERACTIVE ENTERTAINMENT, LTD.
>
> By its attorneys,
>
>      /s/ Christopher J. Marino
> Gary M. Feldman, BBO #162070
> David M. Cogliano, BBO #630185
> Christopher J. Marino, BBO #655007
> **DAVIS, MALM & D'AGOSTINE, P.C.**
> One Boston Place
> Boston, MA  02108
> (617) 367-2500

Dated: May 3, 2010

## CERTIFICATE OF SERVICE

      I hereby that certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 3, 2010 by first class mail.

                                                /s/ Christopher J. Marino

542923v.1