UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUEST-TEK INTERACTIVE ENTERTAINMENT INC., and GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS PULLEN and PUREHD LTD., <br><br> Defendants. | CIVIL ACTION NO. 09-CV-11164-NMG |

## ASSENTED-TO MOTION OF DEFENDANTS TO EXTEND DEADLINE FOR FILING OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

Defendants Thomas Pullen and PureHD Ltd., file this assented-to motion to request that the Court allow them an additional fourteen (14) days to file an opposition to Plaintiffs' Motion to Compel filed on May 3. As grounds therefore, Defendants state that the parties are currently in discussion regarding a number of discovery issues which may narrow the issues in dispute, and if Defendants need to file an opposition they would need additional time to do so. Counsel for Plaintiffs has assented to this request.

| Respectfully submitted, | Assented to by: |
|---|---|
| THOMAS PULLEN and PUREHD LTD., | GUEST-TEK INTERACTIVE ENTERTAINMENT INC. and GUEST-TEK INTERACTIVE ENTERTAINMENT, LTD. |
| By their attorneys, | By their attorneys, |
| /s/ Stephen T Paterniti<br>Stephen T. Paterniti, BBO#564860<br>Erik J. Winton, BBO #600743<br>Anne B. Ladov, BBO #666458<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, MA  02116<br>(617) 367-0025 | /s/ David M. Cogliano<br>David M. Cogliano, BBO #630185<br>Gary M. Feldman, BBO #162070<br>Christopher J. Marino, BBO #655007<br>DAVIS, MALM & D'AGOSTINE, P.C.<br>One Boston Place<br>Boston, MA  02108<br>(617) 367-2500 |

Date:  May 28, 2010

**CERTIFICATE OF SERVICE**

I hereby that certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 28, 2010 by first class mail.

/s/ Stephen T. Paterniti
Jackson Lewis LLP