

# DAVIS MALM & DAGOSTINE PC.
ATTORNEYS AT LAW

David M. Cogliano

July 8, 2010

**BY ELECTRONIC MAIL AND FIRST CLASS MAIL**
Honorable Marianne B. Bowler
United States Magistrate Judge
United States District Court
1 Courthouse Way
Boston, MA 02210

Re: Guest-Tek Interactive Entertainment, Inc., et al. v. Pullen, et al.
U.S.D.C., Dist of Mass., C.A. No. 09-11164

Dear Magistrate Judge Bowler:

I write on behalf of our clients Guest-Tek Interactive Entertainment Inc. and Guest-Tek Interactive Entertainment Ltd. (collectively "Guest-Tek"). Specifically, I write to request that the Court enter the proposed Order in support of Guest-Tek's previously filed Motion to Compel.

Guest-Tek filed a Motion to Compel on May 3, 2010 (Docket No. 53). The crux of that Motion to Compel was that Defendants be compelled to produce documents in their possession, custody or control dated after October 14, 2009. As explained in the Motion to Compel and supporting Memorandum of Law (Docket No. 54), Defendants have refused to produce any responsive documents to Plaintiffs' discovery requests in their possession, custody or control dated after October 14, 2009. Despite being granted multiple extensions, Defendants have not filed an opposition to Guest-Tek's Motion to Compel.

On May 18, 2010, Defendants requested an additional ten (10) days to file an opposition to Guest-Tek's Motion to Compel. Guest-Tek assented to this request (Docket No. 55). Subsequent to that request, Defendants requested an additional extension of fourteen (14) days to file an opposition. Guest-Tek again assented to Defendants' request (Docket No. 56).

direct 617-589-3812 direct fax 617-305-3117
email dcogliano@davismalm.com

ONE BOSTON PLACE • BOSTON • MA • 02108
617-367-2500 • fax 617-523-6215
www.davismalm.com

Honorable Marianne B. Bowler
July 8, 2010
Page 2



The Court granted Defendants' requests on June 3, 2010. Accordingly, Defendants' opposition to Guest-Tek's Motion to Compel was due on June 11, 2010. To date, Defendants have not filed any such opposition.

Based on the foregoing, Guest-Tek respectfully requests that the Court enter the Order to Compel Production of Documents attached hereto.

Very truly yours,

David M. Cogliano

DMC:mac
Enclosure

cc:  Stephen Paterniti, Esq.
     Gary M. Feldman, Esq.
     Sharon Shane