UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-CV-11164-NMG

GUEST-TEK INTERACTIVE ENTERTAINMENT INC. and GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,

Plaintiffs,

v.

THOMAS PULLEN and PUREHD LTD.,

Defendants.

## ORDER TO COMPEL PRODUCTION OF DOCUMENTS

Having considered Plaintiffs' Motion to Compel and having received no opposition from Defendants, the Court hereby orders that Defendants Thomas Pullen and PureHD, Ltd. produce responsive documents to Plaintiffs' Expedited Discovery Requests served on September 1, 2009 and Plaintiffs' First Request for Production of Documents served on January 4, 2010 in their possession, control or custody dated after October 14, 2009 within \_\_\_\_ days of entry of this Order.

_____
Magistrate Judge Marianne B. Bowler

Dated: July \_\_\_\_, 2010