UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-CV-11164-NMG

GUEST-TEK INTERACTIVE ENTERTAINMENT INC.
and GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,

    Plaintiffs,

v.

THOMAS PULLEN and PUREHD LTD.,

    Defendants.

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Plaintiffs/Counterclaim-Defendants Guest-Tek Interactive Entertainment Inc. and Guest-Tek Interactive Entertainment Ltd. (collectively, "Guest-Tek"), pursuant to Local Rule 7.1(B)(3), hereby submit this Motion for Leave to File a Reply Memorandum in support of their Motion to Compel Discovery.

The purpose of Guest-Tek's Reply Memorandum is to address factual inaccuracies contained in Defendants' Opposition to Plaintiff's Motion to Compel. Defendants' Opposition never addresses the arguments made by Plaintiffs in support of their Motion to Compel but rather relies on a series of inaccurate factual premises in support of their assertion that October 14, 2009 is a reasonable cut-off date for producing responsive documents in response to Guest-Tek's discovery requests. Guest-Tek has attached a copy of the Reply Memorandum as Exhibit A. Guest-Tek believes addressing the underlying premises of Defendants' Opposition will assist the Court in ruling on Guest-Tek's Motion to Compel Discovery.

WHEREFORE, Guest-Tek requests that leave be granted for it to file the attached Reply Memorandum in Support of its Motion to Compel.

## RULE 7.1 CERTIFICATION

Counsel for Guest-Tek hereby certifies that they have conferred with Defendants' counsel in an attempt in good faith to resolve or narrow the issues. Defendants oppose this Motion.

GUEST-TEK INTERACTIVE
ENTERTAINMENT INC. and GUEST-TEK
INTERACTIVE ENTERTAINMENT, LTD.

By its attorneys,

/s/ David M. Cogliano
Gary M. Feldman, BBO #162070
David M. Cogliano, BBO #630185
Christopher J. Marino, BBO #655007
**DAVIS, MALM & D'AGOSTINE, P.C.**
One Boston Place
Boston, MA  02108
(617) 367-2500

Dated: July 29, 2010

## CERTIFICATE OF SERVICE

I hereby that certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 29, 2010 by first class mail.

/s/ David M. Cogliano
David M. Cogliano, BBO No. 630185