UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GUEST-TEK INTERACTIVE ENTERTAINMENT INC. and GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS PULLEN, PUREHD LTD., GLEN LAVIGNE, and SOLUTIONINC.,<br><br>Defendants. | Civil Action No. 09-CV-11164-NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Guest-Tek Interactive Entertainment Inc. and Guest-Tek Interactive Entertainment Ltd. and Thomas Pullen, PureHD Ltd., SolutionInc. and Glen Lavigne hereby stipulate to the dismissal of all claims that were or could have been raised in the above-captioned action with prejudice and without costs or attorneys' fees.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Guest-Tek Interactive Entertainment Inc. and Guest-Tek Interactive Entertainment Ltd., By their attorneys, | Thomas Pullen, PureHD Ltd., SolutionInc. and Glen Lavigne, By their attorneys, |
| /s/ Gary M. Feldman<br>Gary M. Feldman, BBO No. 162070<br>gfeldman@davismalm.com<br>David M. Cogliano, BBO No. 630158<br>dcogliano@davismalm.com<br>Davis, Malm & D'Agostine, P.C.<br>One Boston Place<br>Boston, MA 02108<br>(617) 367-2500 | /s/ Stephen T. Paterniti<br>Stephen T. Paterniti, BBO No. 564860<br>paternis@jacksonlewis.com<br>Erik J. Winton, BBO No. 600743<br>wintone@jacksonlewis.com<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

Dated: _____, 2011

583413.2